# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Mark E. McKissic,                                    Civil No. 10cv01887 DSD/JJK

    Petitioner,

v.                                                                   **ORDER**

Marigold Foods, LLC, et al.,

    Respondent.

_____

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 10, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 1, 2010

                                                s/David S. Doty
                                                DAVID S. DOTY, Judge
                                                United States District Court