UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-1887(DSD/JJK)

Mark E. McKissic,

    Plaintiff,

v.                                      **AMENDED ORDER**

Marigold Foods, LLC, et al.,

    Defendant.

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 10, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the court now makes and enters the following order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is denied; and

2. This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2010

                                          <u>s/David S. Doty</u>
                                          David S. Doty, Judge
                                          United States District Court